
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 09-40034 |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| vs. | |
| JEREMIAH E. UNKEL, | |
| Defendant. | |

---

The government having made a motion to dismiss the Indictment in the above-referenced case, and sufficient grounds being shown in the government's motion,

IT IS HEREBY ORDERED that the Indictment in the case of United States of America v. Jeremiah E. Unkel, case number CR.09-40034, should be, and hereby is dismissed.

Dated this 23rd day of June, 2010

BY THE COURT:

LAWRENCE L. PIERSOL
United States District Judge

ATTEST:

Joseph Haas, Clerk

By: _____ Deputy
(SEAL)